**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| TROY ANTHONY HARDEN, | : | |
| Plaintiff | : | |
| vs. | : | |
| District Attorney FREDRICK BRIGHT, *et al.*, | : | NO. 5:11-CV-90 (MTT) |
| Defendants | : | **O R D E R** |

Plaintiff **TROY ANTHONY HARDEN**, an inmate at the Hancock County Detention Center, has filed a motion to proceed *in forma pauperis* on appeal from the Court's April 13, 2011, order that dismissed plaintiff's *pro se* civil rights complaint filed under 42 U.S.C. § 1983. Based on the reasoning of this Court's prior order, the Court finds that the appeal is frivolous and not taken in good faith. 28 U.S.C. § 1915(a)(3). Accordingly, having been carefully considered, plaintiff's motion to proceed *in forma pauperis* on appeal is hereby **DENIED**.[1]

If plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because plaintiff has stated that he cannot pay the fee immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income

---

[1] Plaintiff has also filed a "Motion for Certificate of Probable Cause" in conjunction with this appeal. A certificate of probable cause (or a certificate of appealability) is not a statutory prerequisite to the appeal of a section 1983 action. Plaintiff's motion is therefore **DENIED**.

credited to plaintiff's account (to the extent the account balance exceeds $10) until the $455 appellate filing fee has been paid in full. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to send a copy of this order to the business manager at the Hancock County Detention Center.

**SO ORDERED**, this 3rd day of May, 2011.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr